FILED

03/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0346

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DAVID THOMAS WEISBARTH II,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's unopposed motion to supplement the record and extend the briefing schedule, and good cause appearing,

IT IS HEREBY ORDERED that the following transcript shall be prepared and placed in the file of this Court in this cause on or before April 23, 2020:

      06/21/2018      Motions Hearing.

IT IS FURTHER ORDERED that the briefing schedule is STAYED pending filing of this transcript. Upon filing, Appellant shall

have thirty (30) days in which to prepare, file, and serve his opening brief on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2020